1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   OZZIE GREGORIO,                    Sacramento County Super. Ct. Case No.
                                        34-2016-00200364
12              Plaintiff,              Case No. 2:16-cv-02515-JAM-CKD

13         v.                           Assigned to Hon. John A. Mendez

14   UPS FREIGHT, INC. i/p/a UNITED PARCEL
     SERVICE GROUND FREIGHT, INC.,         **DISMISSAL**
15

16              Defendant.

17                                      Complaint Filed:      September 15, 2016

18

19         Pursuant to the Stipulation for Dismissal submitted by the parties, this matter is

20   hereby dismissed, with prejudice.  Each side is to bear its own fees and costs.

21         **IT IS SO ORDERED.**

22

23   Dated: 12/28/2016                  /s/ John A. Mendez_____

24                                      United States District Court Judge

25

26

27

28